Sechan Limestone Co. Appeal.
Moniot, Appellant, *v.* General State Authority.
Pigoni, Appellant, *v.* General State Authority.

Argued March 19, 1965. Before BELL, C. J., MUS-
MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS,
JJ.

*Lee C. McCandless,* with him *A. R. Cingolani, Jr.,*
*John T. Dempsey, Samuel W. Greer,* and *McCandless*
*& McCandless,* and *Cingolani & Cingolani,* and *Greer*
*& Greer,* for appellants.

*Michael A. Madar,* with him *Charles T. Chew* and *Warren W. Holmes,* for General State Authority, appellee.

OPINION BY MR. JUSTICE COHEN, April 20, 1965:

The orders of the lower court dismissing preliminary objections and motions to quash which raised jurisdictional questions are affirmed.

Orders affirmed.